LAW OFFICES OF

**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
ctaylor@jmllaw.com
JOSEPH M. LEVY, STATE BAR NO. 230467
jlevy@jmllaw.com

Attorneys for Plaintiff Cynthia Malinowski

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MALINOWSKI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> KAISER FOUNDATION HOSPITALS, a California California corporation; MAUREEN NARAIN, an individual; BETTY ANN BENEDICT, an individual; and DOES I through 100, inclusive, <br><br><br> Defendants. | Case No. 1:12- CV-00627 AWI SKO <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff CYNTHIA MALINOWSKI ("Plaintiff") and Defendant KAISER

FOUNDATION HOSPITALS ("Defendant"), through their respective attorneys of record,

hereby stipulate and agree as follows:

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Law Offices of Joseph M. Lovretovich**
5941 Variel Avenue
Woodland Hills, CA 91367

## STIPULATION

1.    WHEREAS, this court has ordered a Mandatory Scheduling Conference on August 7, 2012;

2.    WHEREAS, Plaintiff and Defendant have met and conferred in advance of this hearing and jointly submitted a Joint Case Management Statement pursuant to Federal Rule of Civil Procedure 16(b);

3.    WHEREAS, despite these efforts, individual Defendants MAUREEN NARAIN and BETTY ANN BENEDICT have not been served and have not taken part in the Joint Case Management Statement;

4.    WHEREAS, Plaintiff and Defendant agree the Mandatory Scheduling Conference should be continued to a date by which the individual Defendants have either been served or dismissed, an issue Plaintiff and Defendant are currently discussing;

///
///
///
///
///
///
///
///
///
///
///
///
///

2

1   BASED ON THE FOREGOING, THE PARTIES STIPULATE AS
2   FOLLOWS:
3       1.      The parties agree and request that the Court continue the Mandatory
4   Scheduling Conference to September 27, 2012 or another date convenient for the
5   Court.
6
7   DATED:  August 2, 2012          LAW OFFICES OF JOSEPH M.
8                                   LOVRETOVICH
9
10                                  By:_____/s/_____
11                                          CHRISTOPHER W. TAYLOR
12                                          Attorneys for Plaintiff
13
14  DATED:   August 2, 2012         MILLER LAW GROUP
15
16                                  By:_____/s/_____
17                                          MAUREEN K. BOGUE
18                                          Attorneys for Defendant
19
20
21
22
23
24
25
26
27
28

3

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367

## <u>ORDER</u>

**IT IS HEREBY ORDERED THAT:**

   The Mandatory Scheduling Conference currently scheduled for

August 7, 2012 shall be continued to September 27, 2012 at 9:45 a.m.

IT IS SO ORDERED.

  Dated:  **August 2, 2012**       **/s/ Sheila K. Oberto**
                       UNITED STATES MAGISTRATE JUDGE