LAW OFFICES OF

**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
ctaylor@jmllaw.com
JOSEPH M. LEVY, STATE BAR NO. 230467
jlevy@jmllaw.com

Attorneys for Plaintiff Cynthia Malinowski

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MALINOWSKI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> KAISER FOUNDATION HOSPITALS, a California California corporation; MAUREEN NARAIN, an individual; BETTY ANN BENEDICT, an individual; and DOES I through 100, inclusive, <br><br> Defendants. | Case No. 1:12- CV-00627 AWI SKO <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff CYNTHIA MALINOWSKI ("Plaintiff") and Defendant KAISER FOUNDATION HOSPITALS ("Defendant"), through their respective attorneys of record, hereby stipulate and agree as follows:

1

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

## STIPULATION

1.      WHEREAS, this court has ordered a Mandatory Scheduling Conference on August 7, 2012;

2.      WHEREAS, Plaintiff and Defendant have met and conferred in advance of this hearing and jointly submitted a Joint Case Management Statement pursuant to Federal Rule of Civil Procedure 16(b);

3.      WHEREAS, despite these efforts, individual Defendants MAUREEN NARAIN and BETTY ANN BENEDICT have not been served and have not taken part in the Joint Case Management Statement;

4.      WHEREAS, Plaintiff and Defendant agree the Mandatory Scheduling Conference should be continued to a date by which the individual Defendants have either been served or dismissed, an issue Plaintiff and Defendant are currently discussing;

///
///
///
///
///
///
///
///
///
///
///
///
///

2

BASED ON THE FOREGOING, THE PARTIES STIPULATE AS FOLLOWS:

1.      The parties agree and request that the Court continue the Mandatory Scheduling Conference to September 27, 2012 or another date convenient for the Court.


DATED:  August 2, 2012              LAW OFFICES OF JOSEPH M. LOVRETOVICH


By:_____/s/_____

CHRISTOPHER W. TAYLOR

Attorneys for Plaintiff


DATED:   August 2, 2012             MILLER LAW GROUP


By:_____/s/_____

MAUREEN K. BOGUE

Attorneys for Defendant

3

1

## <u>ORDER</u>

2

### IT IS HEREBY ORDERED THAT:

3          The Mandatory Scheduling Conference currently scheduled for

4   August 7, 2012 shall be continued to September 27, 2012 at 9:45 a.m.

5

6

7   IT IS SO ORDERED.

8      Dated:   __**August 2, 2012**__                    _____/s/ Sheila K. Oberto__

9                                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367

4