LAW OFFICES OF
**JOSEPH M. LOVRETOVICH**
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030
JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
ctaylor@jmllaw.com
JOSEPH M. LEVY, STATE BAR NO. 230467
jlevy@jmllaw.com

Attorneys for Plaintiff Cynthia Malinowski

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MALINOWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, a California California corporation; MAUREEN NARAIN, an individual; BETTY ANN BENEDICT, an individual; and DOES I through 100, inclusive,<br><br>Defendants. | Case No. CV 12-00627 AWI SKO<br>(Assigned for all purposes to the Hon. Anthony W. Ishii, Dept. 21)<br><br>**ORDER DISMISSING ACTION AS TO MAUREEN NARIAN AND BETTY ANN BENEDICT**<br><br>**[FED. R. CIV. P 41(A)(1)(A)(II)]**<br><br>Complaint Filed:    January 31, 2012 |

Pursuant to the Request for Dismissal of Action by plaintiff CYNTHIA MALINOWSKI ("Plaintiff"), the Court hereby ORDERS as follows:

1. The action as to MAUREEN NARAIN, an individual; and BETTY ANN BENEDICT, an individual is hereby DISMISSED WITHOUT PREJUDICE; and

2. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   December 27, 2012                    _____
                                              UNITED STATES DISTRICT JUDGE

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

2
[PROPOSED] ORDER DISMISSING ACTION
AS TO MAUREEN NARIAN AND BETTY ANN BENEDICT
CV 12-00627 AWI SKO