**JML LAW**
A PROFESSIONAL LAW CORPORATION
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
ctaylor@jmllaw.com
JENNIFER A. LIPSKI, STATE BAR NO. 272443
Jennifer@jmllaw.com

Attorneys for Plaintiff Cynthia Malinowski

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MALINOWSKI, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAISER FOUNDATION HOSPITALS, a California Corporation; MAUREEN NARAIN, an individual; BETTY ANN BENEDICT, an individual; and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | Case No. 1:12-CV-00627 AWI SKO<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

///
///
///
///
///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CYNTHIA MALINOWSKI, on the one hand, and Defendant, KAISER FOUNDATION HOSPITALS, on the other hand, through undersigned counsel for Defendant and Plaintiff, that the entire action shall be dismissed with prejudice as to all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees and costs.

DATED: April 29, 2013        LAW OFFICES OF JOSEPH M. LOVRETOVICH


By:     /s/ Christopher W. Taylor
        JOSEPH M. LOVRETOVICH
        CHRISTOPHER W. TAYLOR
        Attorneys for Plaintiff


DATED: May 31, 2013          MILLER LAW GROUP


By:     /s/ Maureen K. Bogue
        MICHELE BALLARD MILLER
        MAUREEN K. BOGUE
        Attorneys for Defendants


IT IS SO ORDERED.

Dated:  May 31, 2013                    _____
                                        SENIOR  DISTRICT  JUDGE

*JML LAW*
*A Professional Law Corporation*
*5941 Variel Avenue*
*Woodland Hills, CA 91367*
*(818) 610-8800*

**JML LAW**
A **P**rofessional Law Corporation
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28