**JML LAW**
A PROFESSIONAL LAW CORPORATION
5941 VARIEL AVENUE
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
CHRISTOPHER W. TAYLOR, STATE BAR NO. 236245
ctaylor@jmllaw.com
JENNIFER A. LIPSKI, STATE BAR NO. 272443
Jennifer@jmllaw.com

Attorneys for Plaintiff Cynthia Malinowski

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MALINOWSKI, an individual | Case No. 1:12-CV-00627 AWI SKO |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |
| KAISER FOUNDATION HOSPITALS, a California Corporation; MAUREEN NARAIN, an individual; BETTY ANN BENEDICT, an individual; and DOES 1 through 100, inclusive | |
| Defendants. | |

///
///
///
///
///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CYNTHIA MALINOWSKI, on the one hand, and Defendant, KAISER FOUNDATION HOSPITALS, on the other hand, through undersigned counsel for Defendant and Plaintiff, that the entire action shall be dismissed with prejudice as to all parties pursuant to  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear its own attorneys' fees and costs.

DATED:      April 29, 2013          LAW OFFICES OF JOSEPH M. LOVRETOVICH


By:      /s/ Christopher W. Taylor
         JOSEPH M. LOVRETOVICH
         CHRISTOPHER W. TAYLOR
         Attorneys for Plaintiff

DATED:      May 31, 2013          MILLER LAW GROUP


By:      /s/ Maureen K. Bogue
         MICHELE BALLARD MILLER
         MAUREEN K. BOGUE
         Attorneys for Defendants


IT IS SO ORDERED.

Dated:  May 31, 2013          _____

SENIOR  DISTRICT  JUDGE

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION**
**Case No. CV 12-00627-AWI-SKO**

*JML LAW*
A Professional Law Corporation
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JML LAW
A Professional Law Corporation
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION**
**Case No. CV 12-00627-AWI-SKO**